IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00161-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ADRIAN PEREZ-MENDOZA;
2. JUAN MAGARITO PEREZ-BENCOMO,
   aka "Raton,"
   aka Osvaldo Perez,
   aka Osvaldo Perez-Perez,
   aka Juan Alberto Gamboa-Molina;
3. BERNARDO RASCON-MENDOZA;
4. RIGOBERTO RASCON-MENDOZA,
   aka "Rigo;"
5. ALDO SAUZ,
   aka "Meno,"
   aka Aldo Sauz-Olmo,
   aka Eduardo Matus-Lujan;
6. JORGE JAQUEZ-PEREZ,
   aka Jorge Galaviz,
   aka "Lupe,"
   aka "Papa,"
   aka "Cachis;"
7. GABRIEL VARGAS-VEGA,
   aka "Gordo,"
   aka "Jaime,"
   aka "Edgar;"
8. JESUS NOE MENDOZA-OCHOA,
   aka "Kenny,"
   aka Cesar Mendoza,
   aka "Chuy,"
   aka "Guero;"
9. ANTONIO ANCHONDO-GONZALEZ,
   aka "Gordo;"
10. ANGEL CALDERON-VILLEGAS,
    aka Gustavo Escalante-Martinez,
    aka "Gio;"

**11.      EDUARDO CALDERON-VILLEGAS,**
         aka Jose Perez-Lopez,
         **aka "Chapo;"**
12.      JOSE PLASCENCIA,
         aka "Vaca;"
13.      FAUSTO OLIVAS;
14.      ERNEST RAMIREZ,
         aka "Chicano,"
         aka Ernie Ramirez,
         aka Ernest A. Ramirez;
15.      JENNER HINOJOS,
         aka Jenner Hinojos-Mendoza;
16.      ALFONSO CANTU,
         aka "Alex;" and
17.      DANIEL FEDERICO STROHM,
         aka "Danny,"
         aka Daniel Frederick Strohn,
         aka Daniel Frederick Max Strohm,

         Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#720)** on July 2, 2009, by Defendant Eduardo Calderon-Villegas. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.   Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.   A Change of Plea hearing is set for **July 24, 2009,** at **3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the

  3.  The final trial preparation conference set for September 14, 2009, and the October 5, 2009, trial date are **VACATED** as to this Defendant, only.

DATED this 7th day of July, 2009.

                **BY THE COURT:**

                *[signature]*

                Marcia S. Krieger
                United States District Judge

---

sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*